# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GARY LEON WEBSTER**                                    **PLAINTIFF**
**ADC #114018**

**v.**                          **CASE NO. 3:19-CV-00206 BSM**

**T. TANNER, Assistant Prosecuting Attorney,**
**Craighead County**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July 2019.

_____
UNITED STATES DISTRICT JUDGE